# EXHIBIT A

**MARSCare**
Cash In - Cash Out
3-Week Cash Flow
*(Whole Dollars)*

| Month Ending: | Post-Petition Actual 6/10/2024 | Post-Petition Actual 6/17/2024 | Post-Petition Forecast 6/24/2024 |
|---|---:|---:|---:|
| **Bank Balance - End of Previuse Month** | | | |
| Chk 1841 | 11,554 | 0 | 0 |
| Chk 7757 | 250 | 0 | 0 |
| Payroll 7431 | 2,039 | | |
| **Total Bank Balance - End of Previuse Week** | 13,843 | 0 | 0 |
| | | | |
| **Cash In Flows** | | | |
| Deposits | 104,000 | 141,395 | 141,395 |
| Refunds & Credits | 0 | 0 | 0 |
| Other | 0 | 0 | 0 |
| **Total Deposits** | 104,000 | 141,395 | 141,395 |
| | | | |
| **Cash Out Flows** | | | |
| Advertizing, Marketing and Promotional | 0 | 0 | 0 |
| Automobile Expense | 0 | 0 | 0 |
| Bank Service Charges | 0 | 0 | 0 |
| Billing Support | 0 | 0 | 0 |
|     Cedar Consulting - Billing | 3,721 | 3,721 | 3,721 |
|     Change Healthcare | 0 | 0 | 0 |
|     Healthcare First | 0 | 0 | 0 |
|     Navinet | 0 | 100 | 0 |
|     ZirMed | 0 | 1,440 | 0 |
|     BlackTree | 0 | 0 | 0 |
| Computer and Internet Expenses | 0 | 0 | 0 |
|     Comcast | 0 | 0 | 0 |
|     Microsoft | 0 | 0 | 0 |
|     Other Computer | 0 | 0 | 0 |
|     Operations Software-Kantime | 0 | 2,907 | 0 |
| Donations | 0 | 0 | 0 |
| Equipment Rent | 0 | 0 | 0 |
| HR | 0 | 0 | 0 |
|     Ability Network | 0 | 0 | 0 |
|     Indeed | 0 | 0 | 0 |
|     Recruiting | 0 | 0 | 0 |
| Insurance Expense | 0 | 0 | 0 |
|     Property & Liabillity | 0 | 0 | 0 |
|     Workers Comp | 0 | 0 | 0 |
| Janitorial | 0 | 0 | 0 |

| | | | |
|---|---:|---:|---:|
| License & Permits | 0 | 0 | 0 |
| Meals and Entertainment | 0 | 0 | 0 |
| Office Supplies | 0 | 0 | 0 |
| Other | 0 | 0 | 0 |
| Parking & Tolls | 0 | 0 | 0 |
| <u>Payroll Expenses</u> | 0 | 0 | 0 |
|     Office and Admin -VXY | 18,896 | 18,896 | 18,896 |
|     Field Staff Skiled & NonSkilled-FTE | 53,003 | 81,200 | 81,200 |
|     1099 - Skilled & NonSkilled | 14,664 | 11,056 | 11,595 |
|     1099 - Contract | 3,391 | 3,391 | 3,391 |
|     Payroll Tax Expense - FTE | 0 | 0 | 1,956 |
|     Payroll Tax Expense - VXY | 0 | 0 | 8,934 |
| <u>Employee Benefits</u> | 0 | 0 | 0 |
|     Health Insurance | 0 | 5,952 | 0 |
|     Dental Insurance | 626 | 0 | 0 |
|     Disability Insurance | 414 | 0 | 0 |
|     HSA Contributions | (727) | (727) | (727) |
|     Employee Health Contributions | 0 | 0 | 0 |
|     Life Insurance | 0 | 838 | 0 |
| Petty Cash | 0 | 0 | 0 |
| Postage & Mailing | 0 | 0 | 0 |
| <u>Professional Fees</u> | 0 | 0 | 0 |
|     Payroll Service Fees | 0 | 0 | 0 |
|     Professional Fees - Accounting | 0 | 0 | 0 |
|     Professional Fees - Legal | 0 | 0 | 0 |
| Refund | 0 | 0 | 0 |
| Rent Expense - Office | 0 | 2,000 | 2,000 |
| Repairs and Maintenance | 0 | 0 | 0 |
| Subscriptions | 0 | 0 | 0 |
| Tax - Business Privilege | 0 | 0 | 0 |
| Tax PA Corporate | 0 | 0 | 0 |
| Telephone Expense | 0 | 0 | 0 |
|     VoIP | 0 | 0 | 0 |
|     AT&T | 820 | 0 | 0 |
|     T-Mobile | 647 | 0 | 0 |
| Travel & Entertainment | 0 | 0 | 0 |
| Utilities | 0 | 558 | 0 |
| Un Accounted expense | 0 | 0 | 0 |
| WSFS Credit Line | 0 | 0 | 0 |
| **Total Disbursments** | **95,454** | **131,331** | **130,965** |
| | | | |
| **Net Cash Flow** | **8,546** | **10,064** | **10,430** |
| Beginning Balance | 16,103 | 24,649 | 34,713 |
| **Ending Balance** | **24,649** | **34,713** | **45,143** |