# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **In Home Program, Inc. d/b/a MARSCare** | : | |
| | : | |
| Debtor. | : | **Bankruptcy No. 24-11991** |
| | : | **(AMC)** |

## EXPEDITED ORDER

**AND NOW,** this _____ day of _____, 2024, upon consideration of the expedited Motion of the Debtor and Debtor-in-Possession for Order Pursuant to 11 U.S.C. §363 to (I) use Cash Collateral and Provide Adequate Protection to Parties with Interest in Cash Collateral, (II) pay Prepetition Wages, (III) request an Expedited Hearing, Reduced Notice Period and Limited Notice Pursuant to Federal Rule of Bankruptcy Procedure 9006(c)(1) And E.D. Pa. L.B.R. 5070(f), and for (IV) related Relief (the "Motion"), and after notice, it is hereby **ORDERED,** as follows:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider this Motion shall be and hereby is scheduled on _____, 2024, at __:__ _.m., in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. __, Philadelphia, Pennsylvania, 19107.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all will be considered at the hearing.

4. The Debtor shall serve the Motion and this Order on (i) the Office of the United State Trustee for the Eastern District of Pennsylvania; (ii) Counsel for or a representative of the Lenders and Non-Traditional Lenders; (iii) the Debtor's Top Twenty Unsecured Creditors;

and (iv) any party who has requested notice pursuant to Fed. R. Bankr. P. 2002; via electronic mail or facsimile no later than _____ on _____.

      5.     Prior to the hearing, the Movant shall file a Certificate setting forth compliance with the service requirements of Paragraph 3 and 4 above as applicable.

BY THE COURT:

_____
Hon. Ashely M. Chan
United States Bankruptcy Judge