# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re    In Home Program, Inc.                                    Case No.
                             Debtor(s)                            Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  In Home Program, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Personal Supp. Home Health Care Serv LLC
239 Fourth Street,
Suite 1401 #5908
Pittsburgh, PA 15222

☐ None [*Check if applicable*]

July 8, 2024
Date

Albert A. Ciardi, III
Signature of Attorney or Litigant
Counsel for    In Home Program, Inc.
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103
215-557-3550 Fax:215-557-3551