Fill in this information to identify the case:

Debtor name **In Home Program, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) 24-11991

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................  $ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................................  $ 691,542.34

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................  $ 691,542.34

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*...................  $ 495,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................  $ 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................  +$ 243,245.35

4. **Total liabilities** ................................................................................................................
    Lines 2 + 3a + 3b                                                                                                            $ 738,245.35