Fill in this information to identify the case:

Debtor name __In Home Program, Inc.__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF PENNSYLVANIA__

Case number (if known) __24-11991__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service** | As of the petition filing date, the claim is:<br>Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | Unknown | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address<br>**Richard Szucs**<br>**202 Poplar Road**<br>**Chalfont, PA 18914** | As of the petition filing date, the claim is:<br>Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | Unknown | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor **In Home Program, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Apploi Corp**<br>**25 West 39th Street**<br>**New York, NY 10001**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **accounts payable**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,000.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**AT&T**<br>**PO Box 6403**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **accounts payable**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,587.79** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Atlantic Tomorrow's Office**<br>**PO Box 5149**<br>**White Plains, NY 10602**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **accounts payable**<br>Is the claim subject to offset? ■ No ☐ Yes | **$11,701.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Bank Direct Capital Finance**<br>**PO Box 660448**<br>**Dallas, TX 75266**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **accounts payable**<br>Is the claim subject to offset? ■ No ☐ Yes | **$26,275.55** |
| **3.5** | Nonpriority creditor's name and mailing address<br>**Bayada Home Health Care, Inc.**<br>**1 West Main Street**<br>**Moorestown, NJ 08057**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **loan**<br>Is the claim subject to offset? ■ No ☐ Yes | **$55,000.00** |
| **3.6** | Nonpriority creditor's name and mailing address<br>**Brillant Mechanical LLC**<br>**2135 Orthodox Street**<br>**Philadelphia, PA 19124**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **accounts payable**<br>Is the claim subject to offset? ■ No ☐ Yes | **$385.00** |
| **3.7** | Nonpriority creditor's name and mailing address<br>**Cedar Consulting**<br>**2729 Cambridge Street**<br>**Philadelphia, PA 19130**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **accounts payable**<br>Is the claim subject to offset? ■ No ☐ Yes | **$37,000.00** |

Debtor   **In Home Program, Inc.**   Case number (if known) _____

---

**3.15** Nonpriority creditor's name and mailing address
**Kanrad Technologies, Inc**
4010 Moorpark Avenue
San Jose, CA 95117

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **accounts payable**
Is the claim subject to offset? ■ No  ☐ Yes

**$2,906.60**

---

**3.16** Nonpriority creditor's name and mailing address
**McKesson Medical - Surgical**
PO Box 204786
Dallas, TX 75320-4786

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **accounts payable**
Is the claim subject to offset? ■ No  ☐ Yes

**$4.73**

---

**3.17** Nonpriority creditor's name and mailing address
**Mercy Surgical Dressing Group, Inc.**
4 Zesta Drive
Pittsburgh, PA 15205

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **accounts payable**
Is the claim subject to offset? ■ No  ☐ Yes

**$763.79**

---

**3.18** Nonpriority creditor's name and mailing address
**Monica Rivera**
109 Warren Avenue
West Berlin, NJ 08091

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __
Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.19** Nonpriority creditor's name and mailing address
**Monica Rivera**
c/o Matthew A. Luber
McOmber McOmber & Luber PC
50 Lake Center Drive, Suite 400
Marlton, NJ 08053

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __
Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.20** Nonpriority creditor's name and mailing address
**Navitas Credit Corp.**
201 Executive Center Dr
Suite 100
Columbia, SC 29210

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **accounts payable**
Is the claim subject to offset? ■ No  ☐ Yes

**$1,139.06**

---

**3.21** Nonpriority creditor's name and mailing address
**PEAC Solutions**
PO Box 13604
Philadelphia, PA 19101-3604

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **accounts payable**
Is the claim subject to offset? ■ No  ☐ Yes

**$5,851.26**

---

Debtor  **In Home Program, Inc.**                                     Case number (if known)
        Name

---

**3.22** Nonpriority creditor's name and mailing address
PECO Engery - 739
PO Box 37629
Philadelphia, PA 19101-3604

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$967.36**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **accounts payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address
Pennsylvania Home Care Assoc.
600 N. 12th Street,
Suite 200
Lemoyne, PA 17043

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$38,696.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address
Pennsylvania State Police
PO Box 62041

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$418.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **accounts payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address
Philadelphia Gas Works - 743
PO Box 11700
Newark, NJ 07101-4700

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$724.22**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **accounts payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address
Philadelphia Parking Authority
35 N. 8th Street
Philadelphia, PA 19106

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$35.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **accounts payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address
Post & Schell
1717 Arch Street
Philadelphia, PA 19103

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$13,368.81**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **accounts payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address
Quadient Leasing
PO Box 6813
Carol Stream, IL 60197-6813

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$341.69**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **accounts receivable**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   In Home Program, Inc.   Case number (if known)
         Name

| | | | |
|---|---|---|---|
| 3.29 | Nonpriority creditor's name and mailing address<br>**Quest Diagnostics**<br>**PO Box 828660**<br>**Philadelphia, PA 19182**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **accounts receivable**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,111.27 |
| 3.30 | Nonpriority creditor's name and mailing address<br>**Staples**<br>**PO Box 70242**<br>**Philadelphia, PA 19176**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **accounts receivable**<br>Is the claim subject to offset? ■ No ☐ Yes | $269.08 |
| 3.31 | Nonpriority creditor's name and mailing address<br>**Stericycle**<br>**28883 Network Place**<br>**Chicago, IL 60673-1288**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **accounts receivable**<br>Is the claim subject to offset? ■ No ☐ Yes | $529.99 |
| 3.32 | Nonpriority creditor's name and mailing address<br>**T-Mobile**<br>**PO Box 742596**<br>**Cincinnati, OH 45274-2596**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **accounts receivable**<br>Is the claim subject to offset? ■ No ☐ Yes | $646.83 |
| 3.33 | Nonpriority creditor's name and mailing address<br>**US Bank**<br>**PO Box 790408**<br>**Saint Louis, MO 63179-0408**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **credit card**<br>Is the claim subject to offset? ■ No ☐ Yes | $20,230.32 |
| 3.34 | Nonpriority creditor's name and mailing address<br>**Verizon - 2325**<br>**PO Box 15124**<br>**Albany, NY 12212-5124**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **accounts receivable**<br>Is the claim subject to offset? ■ No ☐ Yes | $270.69 |
| 3.35 | Nonpriority creditor's name and mailing address<br>**Wellsky**<br>**11300 Switzer Road**<br>**Overland Park, KS 66210**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **accounts receivable**<br>Is the claim subject to offset? ■ No ☐ Yes | $2,041.20 |

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    In Home Program, Inc.                                         Case number (if known)
          Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 243,245.35 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | 243,245.35 |