Fill in this information to identify the case:

Debtor name: **In Home Program, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF PENNSYLVANIA**

Case number (if known): 24-11991

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Ancillary Services Agreement** | |
| | State the term remaining | | Aetna |
| | List the contract number of any government contract | | 2201 Renaissance Blvd King of Prussia, PA 19406 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Provider Agreement** | |
| | State the term remaining | | Aetna Better Health |
| | List the contract number of any government contract | | 2000 Market Street, Suite 850 Philadelphia, PA 19103 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Phone Services** | |
| | State the term remaining | | AT&T |
| | List the contract number of any government contract | | PO Box 6403 Carol Stream, IL 60197 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | **Outside IT Service Agreement** | |
| | State the term remaining | | Atlantic Tomorrows Office |
| | List the contract number of any government contract | | PO Box 5149 White Plains, NY 10602 |

| Debtor 1 | In Home Program, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement (3 years for $300,000.00)** | |
|---|---|---|---|
| | State the term remaining | 3 years | Gerald Szucs |
| | List the contract number of any government contract | | 1201 Ocean Avenue |
| | | | Brigantine, NJ 08203 |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | | Independence Blue Cross |
| | List the contract number of any government contract | | 1901 Market Street |
| | | | Philadelphia, PA 19103 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **IT Services Contract** | |
|---|---|---|---|
| | State the term remaining | | Kanrad Technologies, Inc dba KanTime |
| | | | 101 E. Park Blvd |
| | List the contract number of any government contract | | Suite 821 |
| | | | Plano, TX 75074 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | | Keystone Mercy Health Plan |
| | List the contract number of any government contract | | 200 Stevens Drive |
| | | | Philadelphia, PA 19113 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Home Health Care and Home Care Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | Liberty HealthCare Corporation |
| | List the contract number of any government contract | | 743 N. 24th Street |
| | | | Philadelphia, PA 19130 |

Debtor 1  **In Home Program, Inc.**
      First Name      Middle Name      Last Name

Case number *(if known)* _____

## Additional Page If You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
| | State the term remaining | | **Long Term Solutions**<br>**182 West Central Street**<br>**Suite 202**<br>**Natick, MA 01760** |
| | List the contract number of any government contract | | |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Axxess VOIP System Phones** | |
| | State the term remaining | | **Navitas**<br>**1013 Centre Road**<br>**Suite 403A**<br>**Wilmington, DE 19805** |
| | List the contract number of any government contract | | |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Provider Agreement** | |
| | State the term remaining | | **PA Health & Wellness**<br>**300 Corporate Center Drive**<br>**Camp Hill, PA 17011** |
| | List the contract number of any government contract | | |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Cell Phones** | |
| | State the term remaining | | **T-Mobile**<br>**PO Box 742596**<br>**Cincinnati, OH 45274-2596** |
| | List the contract number of any government contract | | |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Ancillary Provider Participation Agreement** | |
| | State the term remaining | | **United Health Care Ins. Co.**<br>**800 King Farm Blvd. Suite 600**<br>**Rockville, MD 20850** |
| | List the contract number of any government contract | | |