Fill in this information to identify the case:

Debtor name: **In Home Program, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known): 24-11991

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☑ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor                                    Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Gerald Szucs | 1201 Ocean Avenue<br>Brigantine, NJ 08203 | Bayada Home Health Care, Inc. | ☐ D _____<br>☑ E/F __3.5__<br>☐ G _____ |
| 2.2 | Gerald Szucs | 1201 Ocean Avenue<br>Brigantine, NJ 08203 | Wilmington Savings Fund Society, FSB | ☑ D __2.1__<br>☐ E/F _____<br>☐ G _____ |