**Fill in this information to identify the case:**

Debtor name: **In Home Program, Inc.**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF PENNSYLVANIA**
Case number (if known): 24-11991

☒ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Appiol Corp 25 West 39th Street New York, NY 10001 | | accounts payable | | | | $1,000.00 |
| AT&T PO Box 6403 Carol Stream, IL 60197 | | accounts payable | | | | $1,587.79 |
| Atlantic Tomorrow's Office PO Box 5149 White Plains, NY 10602 | | accounts payable | | | | $11,701.00 |
| Bank Direct Capital Finance PO Box 660448 Dallas, TX 75266 | | accounts payable | | | | $26,275.55 |
| Bayada Home Health Care, Inc. 1 West Main Street Moorestown, NJ 08057 | | loan | | | | $55,000.00 |
| Cedar Consulting 2729 Cambridge Street Philadelphia, PA 19130 | | accounts payable | | | | $37,000.00 |
| Comcast PO Box 70219 Philadelphia, PA 19176 | | accounts payable | | | | $1,331.38 |
| Greater Phila Chamber of Commerce 200 S. Broad Street #700 Philadelphia, PA 19102 | | accounts payable | | | | $1,876.77 |

Debtor  In Home Program, Inc.                                                Case number (if known)
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services. | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Health Care First 1550 American Blvd East 9th Floor Minneapolis, MN 55425 | | accounts payable | | | | $1,654.84 |
| Independence Blue Cross 1901 Market Street Philadelphia, PA 19103 | | accounts payable | | | | $14,882.12 |
| Kanrad Technologies, Inc 4010 Moorpark Avenue San Jose, CA 95117 | | accounts payable | | | | $2,906.60 |
| Mercy Surgical Dressing Group, Inc. 4 Zesta Drive Pittsburgh, PA 15205 | | accounts payable | | | | $763.79 |
| Navitas Credit Corp. 201 Executive Center Dr Suite 100 Columbia, SC 29210 | | accounts payable | | | | $1,139.06 |
| PEAC Solutions PO Box 13604 Philadelphia, PA 19101-3604 | | accounts payable | | | | $5,851.26 |
| PECO Engery - 739 PO Box 37629 Philadelphia, PA 19101-3604 | | accounts payable | | | | $967.36 |
| Pennsylvania Home Care Assoc. 600 N. 12th Street, Suite 200 Lemoyne, PA 17043 | | | | | | $38,896.00 |
| Post & Schell 1717 Arch Street Philadelphia, PA 19103 | | accounts payable | | | | $13,368.81 |
| Quest Diagnostics PO Box 828660 Philadelphia, PA 19182 | | accounts receivable | | | | $1,111.27 |
| US Bank PO Box 790408 Saint Louis, MO 63179-0408 | | credit card | | | | $20,230.32 |

Debtor  **In Home Program, Inc.**                                 Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Wellsky<br>11300 Switzer Road<br>Overland Park, KS 66210 | | accounts receivable | | | | $2,041.20 |